

Same case below, 623 F.3d 901.

**No. 10-1071. Reza Haghighi Ahmadi, Petitioner v. Texas.**

563 U.S. 918, 131 S. Ct. 1829, 179 L. Ed. 2d 774, 2011 U.S. LEXIS 2682, ██

April 4, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Fourteenth District, denied.

**No. 10-7434. Ramon Gonzalez-Rodriguez, Petitioner v. United States.**

563 U.S. 918, 131 S. Ct. 1812, 179 L. Ed. 2d 774, 2011 U.S. LEXIS 2706.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-1081. Charles Jackson Friedlander, aka Charles Friedlander, Petitioner v. United States.**

563 U.S. 918, 131 S. Ct. 1833, 179 L. Ed. 2d 774, 2011 U.S. LEXIS 2637.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 395 Fed. Appx. 577.

**No. 10-7588. Michael J. Petsoules, Petitioner v. Florida.**

563 U.S. 918, 131 S. Ct. 1813, 179 L. Ed. 2d 774, 2011 U.S. LEXIS 2689, ██

April 4, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

**No. 10-1094. Tammy A. Thomas, Petitioner v. United States.**

563 U.S. 918, 131 S. Ct. 1836, 179 L. Ed. 2d 774, 2011 U.S. LEXIS 2684.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 612 F.3d 1107.

**No. 10-7815. Michael Dale, Petitioner v. United States.**

563 U.S. 918, 131 S. Ct. 1814, 179 L. Ed. 2d 774, 2011 U.S. LEXIS 2630.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 614 F.3d 942.

**No. 10-1095. Lamar Webster, Petitioner v. United States.**

563 U.S. 918, 131 S. Ct. 1836, 179 L. Ed. 2d 774, 2011 U.S. LEXIS 2712.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7817. Yuri Saul Deleon-Archila, Petitioner v. United States.**

563 U.S. 918, 131 S. Ct. 1814, 179 L. Ed. 2d 774, 2011 U.S. LEXIS 2646.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.